FORD et al v. MENU FOODS INCOME FUND et al  Doc. 2
Case 1:07-cv-03669-NLH-AMD   Document 2   Filed 08/06/2007   Page 1 of 4
CM/ECF - casd - Docket Report                                 Page 1 of 4

CLOSED

## U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00734-JAH-CAB
### Internal Use Only

Ford et al v. Menu Foods Income Fund et al
Assigned to: Judge John A. Houston
Referred to: Magistrate Judge Cathy Ann Bencivengo
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 04/23/2007
Date Terminated: 08/06/2007
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Hayley Ford**
*individually, for class members, and on behalf of other members of the public similarly situated*

represented by **Katherine J Odenbreit**
Class Action Litigation Group
11111 Santa Monica Blvd.
Suite 1000
Los Angeles, CA 90025-3344
(310) 481-9851
Fax: (310) 479-7051
Email: kjodenbreit@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon J. Kramer**
*individually, for class members, and on behalf of other members of the public similarly situated*

represented by **Katherine J Odenbreit**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods Income Fund**

**Defendant**

**Menu Foods Midwest Corporation**

**Defendant**



Menu Foods South Dakota, Inc.

Defendant

Menu Foods, Inc.

Defendant

Menu Foods Holdings, Inc.

Defendant

Del Monte Foods Company     represented by     **Steven L Rodriguez**
Cozen O'Conner
425 California Street
Suite 2400
San Francisco, CA 94104
(415)617-6100
Fax: (415)617-6101
Email: srodriguez@cozen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Defendant

Nestle Purina Petcare Company

Defendant

Hills Pet Nutrition

Defendant

Nutro Products, Inc.

Defendant

Wal-Mart Stores

Defendant

. Petco Animal Supplies, Inc.

Defendant

Petco Southwest, Inc.

Defendant

Petco Animal Supplies Stores, Inc.

Defendant

**The Iams Company**

Defendant

**Fry's Food Centers**

Defendant

**Smith's Food and Drug Centers, Inc.**

Defendant

**Kroger Co.**

Defendant

**Chemnutra, Inc.**

Defendant

**Petsmart**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2007 | 1 | COMPLAINT t/w Jury Demand against Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holdings, Inc., Del Monte Foods Company, Nestle Purina Petcare Company, Hills Pet Nutrition, Nutro Products, Inc., Wal-Mart Stores, Petco Animal Supplies, Inc., Petco Southwest, Inc., Petco Animal Supplies Stores, Inc., The Iams Company, Fry's Food Centers, Smith's Food and Drug Centers, Inc., Kroger Co., Chemnutra, Inc., Petsmart (Filing fee $ 350, receipt #137451) , filed by Hayley Ford, Shannon J. Kramer.(jcj, ) (bar, ). Modified on 4/25/2007 (low-number order prepared, related to 07cv705-JAH(CAB) (vet, ). (Entered: 04/24/2007) |
| 04/23/2007 | 2 | Summons Issued as to Menu Foods Income Fund, Menu Foods Midwest Corporation, Menu Foods South Dakota, Inc., Menu Foods, Inc., Menu Foods Holdings, Inc., Del Monte Foods Company, Nestle Purina Petcare Company, Hills Pet Nutrition, Nutro Products, Inc., Wal-Mart Stores, Petco Animal Supplies, Inc., Petco Southwest, Inc., Petco Animal Supplies Stores, Inc., The Iams Company, Fry's Food Centers, Smith's Food and Drug Centers, Inc., Kroger Co., Chemnutra, Inc., Petsmart (jcj, ) (Entered: 04/24/2007) |

| | | |
|---|---|---|
| 05/01/2007 | ●3 | ORDER of transfer pursuant to Low-Number Rule. Case reassigned to Judge John A. Houston and Cathy Ann Bencivengo for all further proceedings. Judge Barry Ted Moskowitz, Ruben B. Brooks no longer assigned to case. New Case Number is 07CV0734-JAH(CAB).. Signed by Judge Barry Ted Moskowitz on 04/30/07. (jpp, ) (Entered: 05/02/2007) |
| 05/04/2007 | ●4 | MOTION to Consolidate Cases *pending motions for transfer and consolidation of actions* by Del Monte Foods Company. (Rodriguez, Steven) Modified on 5/7/2007 to terminate per ct, E-filing is a Notice re MDL (jpp, ). (Entered: 05/04/2007) |
| 05/09/2007 | ●5 | Rule 5.3 Corporate Disclosure Statement by Del Monte Foods Company. (bar, ) (Entered: 05/09/2007) |
| 05/15/2007 | ●6 | NOTICE by Shannon J. Kramer *Response to MDL Panel* (Odenbreit, Katherine) (Entered: 05/15/2007) |
| 05/15/2007 | ●7 | NOTICE by Hayley Ford *Response to MDL Panel re Del Monte Motion for Illinois Venue* (Odenbreit, Katherine) (Entered: 05/15/2007) |
| 07/03/2007 | ●8 | NOTICE of Multidistrict Consolidation pursuant to 28 USC 1407 and request to maintain stay, by Menu Foods, Inc. (jpp) (Entered: 07/05/2007) |
| 07/09/2007 | ●9 | REPLY re 8 Notice (Other) *Plaintiffs' Response to Defendant Menu Food's Notice of Multidistrict Consolidation and Request to Maintain Stay* filed by Hayley Ford. (Odenbreit, Katherine) (Entered: 07/09/2007) |
| 08/06/2007 | ●10 | Case transferred to District of New Jersey pursuant to MDL 1850. (bar) (Entered: 08/06/2007) |